# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

Tamara Love

Appellant(s),

vs.

KAISER PERMANETE and
KAISER FOUNDATION HEALTH PLAN OF WASHINGTON

Appellee(s).

9th Cir. Case No. 24-3065

District Court or
BAP Case No. 2:23-cv-00421-LK

## APPELLANT'S INFORMAL REPLY BRIEF
*(attach additional sheets as necessary, up to a total of 25 pages including this form)*

**For the optional reply brief in response to appellee's answering brief(s) only.**

List each issue or argument raised in the answering brief to which you are replying. Do not repeat arguments from your opening brief or raise new arguments except in response to arguments made in the answering brief(s).

**Issue/Argument Number 1**
What is the first argument in the answering brief to which you are replying?

The argument from the answering brief I am responding to is that there should be no new claims under appeal.

What is your reply to that argument?

I am attempting to amend the complaint to include the new claims and new party under the Federal Rules of Procedure.

9th Cir. Case No. 24-3065                                                                Page 2

**Issue/Argument Number 2**
What is the second argument in the answering brief to which you are replying?

What is your reply to that argument?

**Issue/Argument Number 3**
What is the third argument in the answering brief to which you are replying?

What is your reply to that argument?

Tamara Love
Name

2526 55th AVE NE

Tacoma WA, 98422
Address

Signature

09/09/2024
Date

The claim of defamation and libel are not new claims but violations of the law which occurred on May 4, 2023. Although not explicitly, bought forth in the original complaint are implicit in the claim of sex and race-based discrimination and workplace harassment and claims of contract violation. And clearly shows the employers motives. I would have to ask the court to amend the Complaint to include these claims.

Kaiser Permanente is not safe. They have threatened me with cyber harassment, by email and endangered my person and reputation with libel and attempted to plagiarize my healthcare. They terminated me and sent a certified termination to my home. As an Employee, I had to walked through a secured building, was trained on how to deal with workplace violence; Told what to do when an armed gunman walked into the building and opened fired.

In an Unemployment hearing on May 4, 2023, Kaiser Permanente provided testimony that showed they would not assist me in verifying an account. Kaiser Permanent told the court that they had a routine business

transaction; and in addition, that when the supervisor's superior was requested, they had no intention of complying with the request.

Kaiser had no intention of understanding or complying with the law. Kaiser is a high-risk danger to their own employees, community, and citizens everywhere. They do not comply with their own principles of responsibility or seem to understand them, or the laws of the state of Washington or those of the United States.

The Libel, labeling my request for assistance to verify and account as Misconduct, of both the ESD and Kaiser, has placed me in a compromised position with my subsequent employers, the community, patients, and with others who may engage in high-risk behaviors and activities, and those people who need health services and do not know it.

The state of Washington has refused to acknowledge the misappropriation of my unemployment funds (see Exhibit 24), and has continued to me harassment with overpayment bills (see Exhibits 25 and 26). The ESD is proceeding to court with the implicit acknowledgement that there has been no due process, nor do they care. The Administrative hearing

would not be fair. The ESD has libeled, broken an unemployment contract, and is attempting to collect an improper debt.

The complaint should be amended to include libel, defamation, harassment, and cyber harassment, and should also include the State of Washington Employment Security Department as a party. In addition, the case should be set for jury trial.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 24-3065

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

[X] I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

```
Sheehan Sullivan : Attorney; carolhuerta@dwt.com, sulls@dwt.com
Victoria M. Slade ; seadocket@dwt.com, gretanelson@dwt.com,
vickyslade@dwt.com
CALEB GIEGER, WSBA #61561
Caleb.Gieger@atg.wa.gov
LalOlyEf@atg.wa.gov
```

**Description of Document(s)** *(required for all documents)*:

Informal Reply Brief

**Signature** | s/Tamara Love      **Date** | 09/09/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 15**                                          *Rev. 12/01/2018*